# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| Telisa Daiby, | ) | |
| | ) | Case No. 18-01076 |
| Debtor. | ) | Hon. Judge Cassling |

## NOTICE OF AMENDED MOTION

To: Allan J DeMars, Spiegel & DeMars, 19 S. LaSalle St., Suite 902, Chicago, IL 60603 via electronic notification;

David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090 via electronic notification;

Telisa Daiby, 9419 Bay Colony Drive, Des Plaines, IL 60016 via US Mail.

  Please take notice that on March 20, 2018 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Cassling at 219 South Dearborn, Courtroom 619, Chicago, Illinois 60604 or before any other Bankruptcy Judge who may be presiding in said Judge's place, and shall present to the Court the attached motion at which time you may appear if you so choose.

                                     */s/ Jennifer M. Rinn*

## CERTIFICATE OF SERVICE

  I, the undersigned attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Electronic Court Notification or by depositing the same, postage prepaid, in the U.S. Mail on March 13, 2018.

                                     */s/ Jennifer M. Rinn*

Jennifer M. Rinn
Rinn Richman Law LLC
PO Box 465
Chicago, Illinois 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| Telisa Daiby, | ) | |
| | ) | Case No. 18-01076 |
| Debtor. | ) | Hon. Judge Cassling |

## AMENDED MOTION FOR RELIEF FROM STAY

NOW COMES BMW Bank of North America, by and through its undersigned attorney, and as for its Motion for Relief from Stay, states as follows:

1. BMW Bank of North America is a creditor of Debtor and is seeking relief pursuant to 11 U.S.C. § 362.

2. On June 2, 2016, Debtor executed a Motor Vehicle Retail Installment Contract for an interest in one 2016 BMW X6 Utility 4D xDrive 35i AWD, VIN 5UXKU2C54G0N80779.

3. BMW Bank of North America has a perfected interest in the collateral in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle.

4. On January 15, 2018, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code.

5. Debtor's Statement of Intention provides for Debtor to retain the property and enter into a Reaffirmation Agreement. No such Agreement has been filed with this Court.

6. Debtor is delinquent on payments to BMW Bank of North America. As of January 22, 2018, the total default was $3,015.92.

7. BMW Bank of North America believes there is little equity in the vehicle and it is of zero value and benefit to the estate. The Chapter 7 Trustee filed a Report of No Distribution on February 21, 2018.

8. BMW Bank of North America's collateral is a rapidly depreciating asset, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 4001(a)(3).

WHEREFORE, BMW Bank of North America prays this Honorable Court for the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362 so as to allow BMW Bank of North America to take possession of one 2016 BMW X6 Utility 4D xDrive 35i AWD, VIN 5UXKU2C54G0N80779, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws and to find that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and thus BMW Bank of North America may immediately enforce and implement the Order Modifying the Automatic Stay and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Jennifer M. Rinn*_____

Rinn Richman Law LLC
PO Box 465
Chicago, Illinois 60690
Phone: (586) 899-5086